**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Martinez Presas,<br><br>    Plaintiff,<br><br>    v.<br><br>County of Los Angeles,<br><br>    Defendant. | Case No. **CV 10-7818-JFW (SSx)**<br><br>**JUDGMENT** |

    The Court, having granted Defendant County of Los Angeles's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant County of Los Angeles was entitled to judgment as a matter of law on all claims for relief alleged against it,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

    1.  Plaintiff Fernando Martinez Presas shall recover nothing from Defendant County of Los Angeles;

    2.  Defendant County of Los Angeles shall have judgment in its favor on Plaintiff Fernando Martinez Presas's entire

action; and

3. Defendant County of Los Angeles shall recover from Plaintiff Fernando Martinez Presas its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: June 1, 2011

                                  JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE